IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re: | |
| JUST ONE DIME COACHING, LLC, *et. al.* | Case No. 22-10783-TMD<br>Chapter 7 |
| Debtors | |
| MICHAEL OAKES *et al.* | |
| vs. | ADV. PRO. NO. 23-01036-SMR |
| DANILO VARRIALE; *et al.* | |

**PLAINTIFFS' STATEMENT REGARDING CONSENT**

TO THE HONORABLE SHAD M. ROBINSON, UNITED STATES BANKRUPTCY JUDGE:

On January 18, 2024, this Court issued an Order Requiring Statement Regarding Consent (Doc. #15).

The Minns Firm Plaintiffs (named individually in Appendix A attached hereto), by and through their undersigned counsel, hereby expressly state that they

consent to entry of final orders and a final judgment by the Court (an Article I bankruptcy judge) in this adversary proceeding.

Respectfully submitted on this 23rd day of January, 2024.

*Rain Udall*
_____
Rain Levy Minns Udall
State Bar No. 24034581
Minns Law Firm, P.C.
d/b/a Rain Minns Law Firm
4412 Spicewood Springs Rd., Suite 500
Austin, Texas 78759-8583
Tel.: 512-372-3222
Fax: 512-861-2403
rain@rainminnslaw.com

ATTORNEY IN CHARGE FOR PLAINTIFFS
MINNS LAW FIRM CLIENTS' GROUP

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a copy of this *Statement Regarding Consent* was served by U.S. Certified Mail, postage prepaid, Return Receipt Requested, on the following parties, and upon their counsel, if they have any, on the 23rd day of January, 2024:

Brett George
c/o Bob Bragalone and Rees Wade
Gordon Rees Scully Mansukhani, LLP
2200 Ross Ave., Suite 3700
Dallas, TX 75201-2794

Danilo Varriale
c/o Carl "Bo" Dawson
Ryan & Dawson
770 South Post Oak Lane, Suite 600
Houston, TX 77056

| | |
|---|---|
| David Lopez<br>c/o Carl "Bo" Dawson<br>Ryan & Dawson<br>770 South Post Oak Lane, Suite 600<br>Houston, TX 77056 | Travis Seth Kniep<br>c/o Michael Baumer<br>The Law Office of Michael Baumer<br>PO Box 1818<br>Liberty Hill, TX 78642 |
| Josiah Kniep<br>c/o Michael Baumer<br>The Law Office of Michael Baumer<br>PO Box 1818<br>Liberty Hill, TX 78642 | Kimberly Kniep<br>c/o Michael Baumer<br>The Law Office of Michael Baumer<br>PO Box 1818<br>Liberty Hill, TX 78642 |
| Audrey "Atalie" Kniep<br>c/o Michael Baumer<br>The Law Office of Michael Baumer<br>PO Box 1818<br>Liberty Hill, TX 78642 | Patrick Cupillari/The Skunk Labs, LLC<br>c/o Jeffrey A. Cooper, Esq.<br>Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039 |
| Patrick Cupillari/The Skunk Labs, LLC<br>c/o Christopher L. Halgren<br>Elias M. Yazbeck<br>McGinnis Lochridge LLP<br>609 Main St, Suite 2800<br>Houston, TX 77002 | 324 Main Street Property, LLC<br>c/o Jeffrey A. Cooper, Esq.<br>Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039 |
| 324 Main Street Property, LLC<br>c/o Christopher L. Halgren<br>Elias M. Yazbeck<br>McGinnis Lochridge LLP<br>609 Main St, Suite 2800<br>Houston, TX 77002 | Prophet Consultants, LLC<br>c/o Jeffrey A. Cooper, Esq.<br>Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039 |
| Prophet Consultants, LLC<br>c/o Christopher L. Halgren<br>Elias M. Yazbeck<br>McGinnis Lochridge LLP<br>609 Main St, Suite 2800<br>Houston, TX 77002 | Danmark, Inc.<br>c/o Mike's Tax and Accounting, Inc.<br>296 University Dr., Suite B<br>Pembroke Pines, FL 33024 |

Danvid, Inc.
c/o Danilo Varriale
17992 SW 41st St.
Miramar, FL 33029

N2 ECOM, LLC
c/o Brett George
Oklahoma City, OK 73179

BOH Solutions, LLC
c/o Brett George
4313 Bridge Wood Lane
Oklahoma City, OK 73179

Luxeup, Inc.
c/o David Lopez
15011 SW 11th St.
Miami, FL 33194

VlegacIV, LLC
c/o Danilo Varriale
19573 SW 42nd Ct.
Miramar, FL 33029

Beardman Company Corp.
c/o Mike's Tax and Accounting, Inc.
269 University Drive, Suite B
Pembroke Pines, FL 33024

Apex PSW, LLC
c/o Brett George
3611 Blue Stem Dr.
Tuttle, OK 73089

Dagabia, Inc.
c/o Mike's Tax and Accounting, Inc.
296 University Dr., Suite B
Pembroke Pines, FL 33024

AKH Investments, LLC
c/o Brett George
4313 Bridge Wood Lane
Oklahoma City, OK 73179

Victoria ECom, LLC
c/o LGA Services, LLC
5201 Blue Lagoon Dr., Suite 908
Miami, FL 33126

Victoria State, LLC
c/o David Lopez
15011 SW 11th St.
Miami, FL 33194

Varbuck, LLC
c/o Republic Registered Agent, LLC
1150 NW 72nd Ave. Tower 1, Suite 455
Miami, FL 33126

E-Com Highway, LLP
c/o Brett George
4000 Chesterfield Place
Oklahoma City, OK 73179

_____
Rain Levy Minns Udall

# Appendix A
# Plaintiffs

| CLT # | CLIENT/ENTITY |
|---|---|
| 1 | **Oakes**, Michael / Ondeblu |
| 2 | **Jacome**, Juan / Juela, LLC |
| 3 | **Gray**, Patrice / Patrice Gray LLC |
| 4 | **Krichman**, Travis |
| 5 | **Bonnici**, Anton |
| 6 | **Mutendereki**, Richard |
| 7 | **Iremizi**, David |
| 8 | **Franco**, David |
| 9 | **Paniq 1**, LLC |
| 10 | **Infinity 3**, LLC |
| 11 | **Galan**, Ben |
| 12 | **Fenzo**, Luigi |
| 13 | **Zaman**, Tanvir |
| 14 | **Loi**, Tan |
| 15 | **Basaran**, Gokhan |
| 16 | **Aalerud**, Nick |
| 17 | **Knudsen**, Tiffany / Tk Capitalco LLC |
| 17 | **Subach**, Denice, and Deborah **Yash** / Launch Horse LLC |
| 18 | **White**, John |
| 19 | **Kelley**, Ian |
| 20 | **Martiner**, Gary / Lido Properties, LLC |
| 21 | **Simpson**, Elizabeth |
| 22 | **Kidwai**, Arshina & Asif **Ansari** / Pryme Cloud LLC |
| 23 | **Ta**, Ngoc ("Ivy") |
| 25 | **Habib**, Shahnaz & Quazi **Haque** / IZZ Enterprise LLC |
| 26 | **Cosely**, Melvin |
| 27 | **Donnelly**, Sandra |
| 29 | **Cummings**, Ryan |
| 30 | **Holzem**, Loren |
| 31 | **McCumber**, Teresa |
| 32 | **Looper**, Sabrina |
| 33 | **Matsumoto**, Gillie |
| 34 | **Mendez**, Jose |
| 35 | **Appea**, Yvonne and Alexander |
| 36 | **Truong**, Leeann |
| 37 | **Duran**, Michael (Don Miguel) |
| 38 | **Herrigel**, Michael / H3 Legacy Partners |
| 39 | **Hughes**, Sion and Dan **Madigan** |

# Appendix A
# Plaintiffs (continued)

| CLT # | CLIENT/ENTITY |
|---|---|
| 40 | **Yang**, Catherine / WMB Studio PTE, Ltd |
| 41 | **Rector**, Joe |
| 42 | **Pilakka**, Justin / JOD Ecom LLC |
| 43 | **Teshome**, Hermela |
| 44 | **Battung**, Michael |
| 45 | **Lick**, Ted / TWL Brands LLC |
| 46 | **Payumo**, Jon |
| 47 | **Diaz**, Carlos |
| 48 | **Amunson**, Kristi |
| 49 | **Williams**, Doug & Scott **Gibson** / Yellow Marble LLC / DS Works |
| 50 | **Kovalenko**, Mattis |
| 51 | **Rivera-Martinez**, Rodalys |
| 52 | **Gibbons**, Darnell / Ooboo Unlimited LLC |
| 53 | **DeSanctis**, Mark |
| 54 | **Glavcheva**, Veneta |
| 55 | **Wu**, Julius & Diane |
| 56 | **Rendon**, Andrew |
| 57 | **Au-Yeung**, Simon |
| 58 | **Maese**, Claudio |
| 59 | **VanOmmen**, Justin & Courtney |
| 60 | **Rivard,** Hannah |
| 61 | **Morgan**, Maxine / Synergywise LLC |
| 62 | **Yanes Diez,** Angela |
| 63 | **Fuller**, John & Steven **Pirovolikes** |
| 64 | **Thorson**, Evan |
| 65 | **Malik**, Zona & Shmoon **Asghar** |
| 67 | **Baseer**, Salman |
| 68 | **Portilla**, Noe |