

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 09, 2024.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNTED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Just One Dime Coaching, LLC
     Debtor                      Chapter 7 Case No. 23-10783-SMR

Michael Oakes et al
     Plaintiffs
v                                   Adversary No. 23-01036-SMR

Danilo Varrile et al
     Defendants

**ORDER ON DEFENDANTS**
**KIMBERLY KNIEP, JOSIAH KNIEP, AND AUDREY/ATALIE KNIEPS'**
**MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FRCP 12(e)**

On this day the Court considered Kimberly Kniep, Josiah Kniep, and Audrey/Atalie Kniep, Defendants, Motion for More Definite Statement Pursuant to FRCP 12(e) and the Court having found that Plaintiffs' Complaint is insufficiently vague as to these Defendants, it is therefore

ORDERD that Plaintiffs shall amend their Complaint within 14 days of entry of this Order to state with specificity the acts they allege each Defendants committed which support each of the three causes of action alleged in paragraphs 47 through 65 of their Complaint.

###

*Prepared in the*
*Law Office of Michael Baumer*
*PO Box 1818*
*Liberty Hill, TX 78642*
*baumerlaw@baumerlaw.com*
*512/476-8707; 512/476-8604*