

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

Dated: March 18, 2024

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 22-10783-smr |
| | § | |
| JUST ONE DIME COACHING, LLC, | § | Chapter 7 |
| | § | |
| Debtor. | § | |

_____

MINNS FIRM CLIENTS,

Plaintiff,                                     Adv. Pro. No. 23-01036-smr

vs.

DANILO VARRIALE; VLEGACIV, LLC; VARBUCK, LLC; DANMARK, INC.; DANVID, f/k/a BEARDMAN COMPANY CORP; BEARDMAN COMPANY CORP.; DAGABIA, INC.; DSD IMPORTS BROS., LLC; BRETT GEORGE; N2 ECOM, LLC; AKH INVESTMENTS, LLC; BOH SOLUTIONS, LLC; E-COM HIGHWAY, LLP; APEX PSW, LLC; DAVID LOPEZ; VICTORIA ECOM, LLC; LUXEUP, INC.; VICTORIA STATE, LLC; APPS INNOVATION, INC.; PATRICK CUPILLARI; THE SKUNK LABS, LLC; 324 MAIN STREET PROPERTY, LLC; PROPHET CONSULTANTS,

| | |
|---|---|
| LLC; TRAVIS SETH KNIEP; JOSIAH KNIEP; KIMBERLY KNIEP; AND AUDREY "ATALIE" KNIEP, | |
| Defendants. | |

### ORDER GRANTING MOTION OF PATRICK CUPILLARI, THE SKUNK LABS, LLC, 324 MAIN STREET PROPERTY, LLC, AND PROPHET CONSULTANTS, LLC TO DISMISS AMENDED ADVERSARY COMPLAINT FILED BY MINNS FIRM CLIENTS

This Court, having considered the *Motion to Dismiss Adversary Complaint Filed by Minns Firm Clients* filed by Patrick Cupillari, Skunk Labs, LLC, 324 Main Street Property, LLC, and Prophet Consultants, LLC, (the "New Jersey Based Defendants") by and through their attorneys, Rabinowitz, Lubetkin & Tully, LLC and McGinnis Lochridge LLP, and reviewed any objections thereto; and, following proper notice, the Court having conducted a hearing, finds that the Motion should be GRANTED.

It is therefore hereby ORDERED that the *Adversary Complaint Filed by Minns Firm Clients* LLC is dismissed, with prejudice, as to the New Jersey Based Defendants.

### # # #



Prepared by:

Jeffrey A. Cooper
Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07083
State Bar No. (NJ) 022401980
State Bar No. (NY) 2137073
Telephone: (973) 597-9100
Facsimile: (973-597-9119)
E-mail: jcooper@rltlawfirm.com

And

Christopher L. Halgren
State Bar No. (TX) 24069859
McGinnis Lochridge LLP
609 Main St, Suite 2800
Houston, TX 77002
Telephone: (713) 615-8539
Facsimile: (713) 328-1839
E-mail: chalgren@mcginnislaw.com

ATTORNEYS FOR PATRICK CUPILLARI, SKUNK LABS, LLC, 324 MAIN STREET PROPERTY, LLC, AND PROPHET CONSULTANTS, LLC

