**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 20, 2024.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

___

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-10783-SMR |
| JUST ONE DIME COACHING, LLC., | § | |
| DEBTOR[1] | § | CHAPTER 7 |

| | | |
|---|---|---|
| MICHAEL OAKS et al., | § | |
| PLAINTIFFS | § | |
| v. | § | ADV. PROC. NO. 23-01036 |
| DANILO VARRIALE et al., | § | |
| DEFENDANTS | § | |

## SUA SPONTE ORDER STAYING PROCEEDINGS

On March 8, 2024, Travis Seth Kniep and Kimberly Joy Kniep (collectively, the "Kniep Debtors") filed a voluntary Chapter 7 bankruptcy petition. [Case No. 24-10253, ECF No. 1]. The Court therefore enters this *sua sponte* order staying all matters originating in connection with the

---

[1] The Debtor in this chapter 7 case, along with the last four digits of its federal tax identification number is: Just One Dime Coaching, LLC (1047). Other names the Debtor conducts business under as d/b/as include: Veritus a Series of Embue LLC and Done For You By Just One Dime.

1

above-captioned adversary proceeding, including without limitation all discovery, motions to dismiss, motions for summary judgment, and any hearings related thereto. However, this stay shall not apply to: (1) a motion to dismiss the Kniep Debtors as a party to this adversary proceeding, or (2) a motion to sever the Kniep Debtors from this adversary proceeding, and any hearings related thereto.

This stay shall remain in effect until the Kniep Debtors are dismissed or severed from this adversary proceeding or as otherwise ordered by the Court.

#   #   #