**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

Dated: March 18, 2024

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **In re:** § | **Case No. 22-10783-smr** |
| § | |
| **JUST ONE DIME COACHING, LLC,** § | **Chapter 7** |
| § | |
| **Debtor.** § | |

_____

| | |
|---|---|
| **MINNS FIRM CLIENTS,** | |
| | |
| Plaintiff, | **Adv. Pro. No. 23-01036-smr** |
| | |
| vs. | |
| | |
| **DANILO VARRIALE; VLEGACIV, LLC; VARBUCK, LLC; DANMARK, INC.; DANVID, f/k/a BEARDMAN COMPANY CORP; BEARDMAN COMPANY CORP.; DAGABIA, INC.; DSD IMPORTS BROS, LLC; BRETT GEORGE; N2 ECOM, LLC; AKH INVESTMENTS, LLC; BOH SOLUTIONS, LLC; E-COM HIGHWAY, LLP; APEX PSW, LLC; DAVID LOPEZ; VICTORIA ECOM, LLC; LUXEUP, INC.; VICTORIA STATE, LLC; APPS INNOVATION, INC.; PATRICK CUPILLARI; THE SKUNK LABS, LLC; 324 MAIN STREET PROPERTY, LLC; PROPHET CONSULTANTS,** | |

| | |
|---|---|
| | **LLC; TRAVIS SETH KNIEP; JOSIAH KNIEP; KIMBERLY KNIEP; AND AUDREY "ATALIE" KNIEP,** |
| | **Defendants.** |

**ORDER GRANTING MOTION OF PATRICK CUPILLARI, THE SKUNK LABS, LLC, 324 MAIN STREET PROPERTY, LLC, AND PROPHET CONSULTANTS, LLC TO DISMISS AMENDED ADVERSARY COMPLAINT FILED BY MINNS FIRM CLIENTS**

This Court, having considered the *Motion to Dismiss Adversary Complaint Filed by Minns Firm Clients* filed by Patrick Cupillari, Skunk Labs, LLC, 324 Main Street Property, LLC, and Prophet Consultants, LLC, (the "New Jersey Based Defendants") by and through their attorneys, Rabinowitz, Lubetkin & Tully, LLC and McGinnis Lochridge LLP, and reviewed any objections thereto; and, following proper notice, the Court having conducted a hearing, finds that the Motion should be GRANTED.

It is therefore hereby ORDERED that the *Adversary Complaint Filed by Minns Firm Clients* LLC is dismissed, with prejudice, as to the New Jersey Based Defendants.

###



Prepared by:

Jeffrey A. Cooper
Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07083
State Bar No. (NJ) 022401980
State Bar No. (NY) 2137073
Telephone: (973) 597-9100
Facsimile: (973-597-9119)
E-mail: jcooper@rltlawfirm.com

And

Christopher L. Halgren
State Bar No. (TX) 24069859
McGinnis Lochridge LLP
609 Main St, Suite 2800
Houston, TX 77002
Telephone: (713) 615-8539
Facsimile: (713) 328-1839
E-mail: chalgren@mcginnislaw.com

ATTORNEYS FOR PATRICK CUPILLARI, SKUNK LABS, LLC, 324 MAIN STREET PROPERTY, LLC, AND PROPHET CONSULTANTS, LLC



United States Bankruptcy Court

Western District of Texas

Oakes,
    Plaintiff

Varriale,
    Defendant

Adv. Proc. No. 23-01036-smr

# CERTIFICATE OF NOTICE

District/off: 0542-1      User: admin      Page 1 of 6
Date Rcvd: Mar 18, 2024      Form ID: pdfintp      Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | 324 Main Street Property, LLC, c/o Patrick Cupillari, 30 Mountain Ave., Apt. 9A, Paterson, NJ 07501-3387 |
| dft | + | Apex PSW, LLC, c/o Brett George, 3611 Blue Stem Dr., Tuttle, OK 73089-1057 |
| dft | + | Beardman Company Corp., c/o Mike's Tax and Accounting, 269 University Dr., Suite B, Pembroke Pines, FL 33024-6715 |
| dft | + | E-Com Highway, LLP, c/o Brett George, 4000 Chesterfield Place, Oklahoma City, OK 73179-6025 |
| dft | + | Prophet Consultants, LLC, c/o Patrick Cupillari, 30 Mountain Ave., Apt. 9A, Paterson, NJ 07501-3387 |
| dft | + | Varbuck, LLC, c/o Republic Registered Agent, LLC, 1150 NW 72nd Ave., Tower 1, Suite 455, Miami, FL 33126-1936 |
| dft | + | VlegacIV, LLC, c/o Danilo Varriale, 19573 SW 42nd Ct., Miramar, FL 33029-2748 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 18 2024 22:32:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| intp | + | Email/Text: rosherow@hotmail.com | Mar 18 2024 22:32:00 | Randolph N Osherow, 342 W Woodlawn, Suite 100, San Antonio, TX 78212-3314 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2024 at the address(es) listed

23-01036-smr Doc#89 Filed 03/20/24 Entered 03/20/24 23:19:37 Imaged Certificate of Notice Pg 5 of 9

| District/off: 0542-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Mar 18, 2024 | Form ID: pdfintp | Total Noticed: 9 |

**below:**

| Name | Email Address |
|---|---|
| Carl R Dawson | on behalf of Defendant Luxeup Inc. cdawson@rdlaw.com |
| Carl R Dawson | on behalf of Defendant David Lopez cdawson@rdlaw.com |
| Carl R Dawson | on behalf of Defendant Danvid fka Beardman Company Corp. cdawson@rdlaw.com |
| Carl R Dawson | on behalf of Defendant DSD Imports Bros. LLC cdawson@rdlaw.com |
| Carl R Dawson | on behalf of Defendant Dagabia Inc. cdawson@rdlaw.com |
| Carl R Dawson | on behalf of Defendant Danmark Inc. cdawson@rdlaw.com |
| Carl R Dawson | on behalf of Defendant Victoria Ecom LLC cdawson@rdlaw.com |
| Carl R Dawson | on behalf of Defendant Beardman Company Corp. cdawson@rdlaw.com |
| Carl R Dawson | on behalf of Defendant Victoria State LLC cdawson@rdlaw.com |
| Carl R Dawson | on behalf of Defendant VlegacIV LLC cdawson@rdlaw.com |
| Carl R Dawson | on behalf of Defendant Apps Innovation Inc. cdawson@rdlaw.com |
| Carl R Dawson | on behalf of Defendant Varbuck LLC cdawson@rdlaw.com |
| Carl R Dawson | on behalf of Defendant Danilo Varriale cdawson@rdlaw.com |
| Christopher L Halgren | on behalf of Defendant The Skunk Labs LLC chalgren@mcginnislaw.com, cosborn@mcginnislaw.com,mleonard@mcginnislaw.com,jolson@mcginnislaw.com |
| Christopher L Halgren | on behalf of Defendant Prophet Consultants LLC chalgren@mcginnislaw.com, cosborn@mcginnislaw.com,mleonard@mcginnislaw.com,jolson@mcginnislaw.com |
| Christopher L Halgren | on behalf of Defendant 324 Main Street Property LLC chalgren@mcginnislaw.com, cosborn@mcginnislaw.com,mleonard@mcginnislaw.com,jolson@mcginnislaw.com |
| Christopher L Halgren | on behalf of Defendant Patrick Cupillari chalgren@mcginnislaw.com cosborn@mcginnislaw.com,mleonard@mcginnislaw.com,jolson@mcginnislaw.com |
| Elias Yazbeck | on behalf of Defendant Patrick Cupillari eyazbeck@mcginnislaw.com cosborn@mcginnislaw.com;mleonard@mcginnislaw.com;clinscomb@mcginnislaw.com |
| Elias Yazbeck | on behalf of Defendant The Skunk Labs LLC eyazbeck@mcginnislaw.com, cosborn@mcginnislaw.com;mleonard@mcginnislaw.com;clinscomb@mcginnislaw.com |
| Elias Yazbeck | on behalf of Defendant Prophet Consultants LLC eyazbeck@mcginnislaw.com, cosborn@mcginnislaw.com;mleonard@mcginnislaw.com;clinscomb@mcginnislaw.com |
| Elias Yazbeck | on behalf of Defendant 324 Main Street Property LLC eyazbeck@mcginnislaw.com, cosborn@mcginnislaw.com;mleonard@mcginnislaw.com;clinscomb@mcginnislaw.com |
| Jay L. Lubetkin | on behalf of Defendant The Skunk Labs LLC jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com |
| Jay L. Lubetkin | on behalf of Defendant Patrick Cupillari jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com |
| Jay L. Lubetkin | on behalf of Defendant Prophet Consultants LLC jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com |

23-01036-smr Doc#89 Filed 03/20/24 Entered 03/20/24 23:19:37 Imaged Certificate of Notice Pg 6 of 9

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 3 of 6 |
| Date Rcvd: Mar 18, 2024 | Form ID: pdfintp | Total Noticed: 9 |

| | |
|---|---|
| Jay L. Lubetkin | on behalf of Defendant 324 Main Street Property LLC jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com |
| Jeffrey A. Cooper | on behalf of Defendant Patrick Cupillari jcooper@rltlawfirm.com |
| Jeffrey A. Cooper | on behalf of Defendant Prophet Consultants LLC jcooper@rltlawfirm.com |
| Jeffrey A. Cooper | on behalf of Defendant The Skunk Labs LLC jcooper@rltlawfirm.com |
| Jeffrey A. Cooper | on behalf of Defendant 324 Main Street Property LLC jcooper@rltlawfirm.com |
| Marcus V Eason | on behalf of Defendant Prophet Consultants LLC meason@mcginnislaw.com |
| Marcus V Eason | on behalf of Defendant The Skunk Labs LLC meason@mcginnislaw.com |
| Marcus V Eason | on behalf of Defendant 324 Main Street Property LLC meason@mcginnislaw.com |
| Marcus V Eason | on behalf of Defendant Patrick Cupillari meason@mcginnislaw.com |
| Megan M. Adeyemo | on behalf of Defendant E-Com Highway LLP madeyemo@grsm.com, asoto@grsm.com |
| Megan M. Adeyemo | on behalf of Defendant Apex PSW LLC madeyemo@grsm.com, asoto@grsm.com |
| Megan M. Adeyemo | on behalf of Defendant BOH Solutions LLC madeyemo@grsm.com, asoto@grsm.com |
| Megan M. Adeyemo | on behalf of Defendant Brett George madeyemo@grsm.com asoto@grsm.com |
| Megan M. Adeyemo | on behalf of Defendant N2 Ecom LLC madeyemo@grsm.com, asoto@grsm.com |
| Megan M. Adeyemo | on behalf of Defendant AKH Investments LLC madeyemo@grsm.com, asoto@grsm.com |
| Michael V. Baumer | on behalf of Defendant Travis Seth Kniep baumerlawnotices@gmail.com;LawOfficeofMichaelBaumer@jubileebk.net |
| Michael V. Baumer | on behalf of Defendant Kimberly Kniep baumerlawnotices@gmail.com;LawOfficeofMichaelBaumer@jubileebk.net |
| Michael V. Baumer | on behalf of Defendant Audrey "Atalie" Kniep baumerlawnotices@gmail.com;LawOfficeofMichaelBaumer@jubileebk.net |
| Michael V. Baumer | on behalf of Defendant Josiah Kniep baumerlawnotices@gmail.com;LawOfficeofMichaelBaumer@jubileebk.net |
| Rain Levy Minns | on behalf of Plaintiff Justin Pilakka rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Darnell Gibbons rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Juan Jacome rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Maxine Morgan rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Gilie Matsumoto rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Ted Lick rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Jose Mendez rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Justin VanOmmen rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Joe Rector rain@rainminnslaw.com |

23-01036-smr Doc#89 Filed 03/20/24 Entered 03/20/24 23:19:37 Imaged Certificate of Notice Pg 7 of 9

| District/off: 0542-1 | User: admin | Page 4 of 6 |
| --- | --- | --- |
| Date Rcvd: Mar 18, 2024 | Form ID: pdfintp | Total Noticed: 9 |

Rain Levy Minns     on behalf of Plaintiff David Iremizi rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Gary Martiner rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Mattis Kovalenko rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Asif Ansari rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Dan Madigan rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Sion Hughes rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Courtney VanOmmen rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Ryan Cummings rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Sabrina Looper rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Aaron "Bob" Smith rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Mark DeSanctis rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Denise Subach rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Michael Duran rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Sandra Donnelly rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Claudio Maese rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Quazi Haque rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Carlos Diaz rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Elizabeth Simpson rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Julius Wu rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff David Franco rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Patrice Gray rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Anton Bonnici rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Scott Gibson rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Doug Williams rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Steven Pirovolikos rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Shahnaz Habib rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Simon Au-Yeung rain@rainminnslaw.com

Rain Levy Minns     on behalf of Plaintiff Teresa McCumber rain@rainminnslaw.com

23-01036-smr Doc#89 Filed 03/20/24 Entered 03/20/24 23:19:37 Imaged Certificate of Notice Pg 8 of 9

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 5 of 6 |
| Date Rcvd: Mar 18, 2024 | Form ID: pdfintp | Total Noticed: 9 |

Rain Levy Minns
    on behalf of Plaintiff John White rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Michael Oakes rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Jon Payumo rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Luigi Fenzo rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Tiffany Knudsen rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Michael Battung rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Jomael Ortiz Perez rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Molly Claire rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Leann Truong rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Stacy Thorson rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Salman Baseer rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Travis Krichman rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Hannah Rivard rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Zona Malik rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Tan Loi rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Rodalys Rivera-Martinez rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Kristi Amunson rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Benjamin Galan rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Ngoc Ta rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Mohammad Zaman rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Richard Mutendereki rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Jonathan Sharpe rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Catherine Yang rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Hermela Teshome rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Loren Holzem rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Michael Herrigel rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Shmoon Asghar rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Veneta Glavcheva rain@rainminnslaw.com

23-01036-smr Doc#89 Filed 03/20/24 Entered 03/20/24 23:19:37 Imaged Certificate of Notice Pg 9 of 9

| District/off: 0542-1 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Mar 18, 2024 | Form ID: pdfintp | Total Noticed: 9 |

Rain Levy Minns
 on behalf of Plaintiff Diane Wu rain@rainminnslaw.com

Rain Levy Minns
 on behalf of Plaintiff Alexander Appea rain@rainminnslaw.com

Rain Levy Minns
 on behalf of Plaintiff Nick Aalerud rain@rainminnslaw.com

Rain Levy Minns
 on behalf of Plaintiff Noe Portilla Jr. rain@rainminnslaw.com

Rain Levy Minns
 on behalf of Plaintiff Evan Thorson rain@rainminnslaw.com

Rain Levy Minns
 on behalf of Plaintiff Infinity 3 LLC rain@rainminnslaw.com

Rain Levy Minns
 on behalf of Plaintiff Ian Kelley rain@rainminnslaw.com

Rain Levy Minns
 on behalf of Plaintiff Andy Rendon rain@rainminnslaw.com

Rain Levy Minns
 on behalf of Plaintiff Paniq1 LLC rain@rainminnslaw.com

Rain Levy Minns
 on behalf of Plaintiff Yvonne Appea rain@rainminnslaw.com

Rain Levy Minns
 on behalf of Plaintiff Melvin Cosely rain@rainminnslaw.com

Rain Levy Minns
 on behalf of Plaintiff Arshina Kidwai rain@rainminnslaw.com

Rain Levy Minns
 on behalf of Plaintiff John Fuller rain@rainminnslaw.com

Rain Levy Minns
 on behalf of Plaintiff Angela Yanes Diez rain@rainminnslaw.com

Rain Levy Minns
 on behalf of Plaintiff Gokhan Basaran rain@rainminnslaw.com

TOTAL: 123