

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 16, 2024.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 22-10783-SMR |
| §  | | |
| JUST ONE DIME COACHING, LLC., § | | |
| § | | |
| DEBTOR[1] § | | CHAPTER 7 |

| | | |
|---|---|---|
| MICHAEL OAKES et al., § | | |
| § | | |
| PLAINTIFFS § | | |
| § | | |
| v. § | | ADV. PROC. NO. 23-01036 |
| § | | |
| DANILO VARRIALE et al., § | | |
| § | | |
| DEFENDANTS § | | |

**SUA SPONTE ORDER RESETTING DOCKET CALL**
**AND SETTING STATUS CONFERENCE**

On March 8, 2024, Travis Seth Kniep and Kimberly Joy Kniep (collectively, the "Kniep Debtors") filed a voluntary Chapter 7 bankruptcy petition. [Case No. 24-10253, ECF No. 1]. The

---

[1] The Debtor in this chapter 7 case, along with the last four digits of its federal tax identification number is: Just One Dime Coaching, LLC (1047). Other names the Debtor conducts business under as d/b/as include: Veritus a Series of Embue LLC and Done For You By Just One Dime.

1

Court entered a *sua sponte* order staying all matters originating in connection with the above-captioned adversary proceeding, including without limitation all discovery, motions to dismiss, motions for summary judgment, and any hearings related thereto, with certain narrow exceptions.

Docket Call in this adversary proceeding was initially set on May 22, 2024 at 9:30 A.M. (CT). Due to the Court's Order staying proceedings, Docket Call on May 22, 2024 is not in the interest of judicial economy.

**IT IS THEREFORE ORDERED** that Docket Call in this matter is **RESET to July 10, 2024, at 9:30 A.M. (CT) live in Austin Courtroom 1**, located at 903 San Jacinto Blvd., Austin, TX 78701.

**IT IS FURTHER ORDERED** that a Status Conference in this matter will be **SET for June 12, 2024, at 9:30 A.M. (CT)** via **Webex** at https://us-courts.webex.com/meet/Robinson Call-in number: 650-479-3207 Access Code: 2305 533 7827.

# # #