IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re:<br><br>JUST ONE DIME COACHING, LLC, *et. al.*<br><br>Debtors | Case No. 22-10783-TMD<br>Chapter 7 |
| MINNS FIRM CLIENTS<br><br>vs.<br><br>DANILO VARRIALE; *et. al.* | ADV. PRO. NO. 23-01036-SMR |

**ORDER GRANTING PARTIALLY UNOPPOSED MOTION TO EXTEND DOCKET CALL IN ADVERSARY ACTION**

Pending before the Court is a motion filed by Plaintiffs Minns Firm Clients for a continuance of the docket call currently set for July 10, 2024. The Court, having considered this motion and being otherwise fully advised in this matter, finds that the motion is meritorious and should be granted. Accordingly, Plaintiffs' motion to GRANTED, and

IT IS ORDERED that the docket call currently scheduled for July 10, 2024 is continued until such date agreed upon by the parties at the June 12, 2024 status conference on the Adversary Case and subsequently approved by the Court.

###

Prepared in the office of and submitted by:
Rain Minns Udall
State Bar No. 24034581
Minns Law Firm,
4412 Spicewood Springs Rd., Suite 500
Austin, Texas 78759-8583
Tel.: 512-372-3222
Fax: 512-861-2403
rain@rainminnslaw.com