

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 20, 2024.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 22-10783-SMR |
| JUST ONE DIME COACHING, LLC | § § | |
| DEBTOR | § § | CHAPTER 7 |

| | | |
|---|---|---|
| MICHAEL OAKES et al. | § § | |
| *Plaintiffs* | § § | |
| v. | § § | ADV. PROC. 23-01036-SMR |
| DANILO VARRIALE et al. | § § | |
| *Defendants* | § § | |

## ORDER RESETTING STATUS CONFERENCE

On June 12, 2024, the Court held a status conference in the above styled adversary proceeding and also considered the Plaintiff's *Motion to Continue Hearing* (the "Motion," at ECF No. 107). For the reasons stated on the record, the Court finds that the Motion should be granted, and the status conference reset as stated herein.

**ACCORDINGLY, IT IS THEREFORE ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that the status conference is RESET to August 1, 2024, at 9:30 a.m. (CT) via zoom. Click on the following link to access the virtual courtroom: https://www.zoomgov.com/my/robinson.txwb or Call 669-254-5252 Meeting ID: 161 0862 5245. Instructions are available on the Court's website at: https://www.txwb.uscourts.gov/txwbvirtualhearings.

###