**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 28, 2024**

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNTED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: § § | | CASE NO. 22-10783-SMR |
| JUST ONE DIME COACHING, LLC., § § | | |
| DEBTOR[1] § | | CHAPTER 7 |

| | | |
|---|---|---|
| MICHAEL OAKES et al., § § | | |
| PLAINTIFFS § § § | | |
| v. § § | | ADV. PROC. NO. 23-01036 |
| DANILO VARRIALE et al., § § § | | |
| DEFENDANTS § | | |

**ORDER GRANTING MOTION OF TRAVIS SETH KNIEP AND KIMBERLY KNIEP
TO SEVER ADVERSARY PROCEEDING**

On June 5, 2024, the Court held a hearing on Defendants Travis Seth Kniep and Kimberly Kniep's (the "Knieps") *Motion to Sever Adversary Proceeding* (the "Motion" at ECF No. 96).

---

[1] The Debtor in this chapter 7 case, along with the last four digits of its federal tax identification number is: Just One Dime Coaching, LLC (1047). Other names the Debtor conducts business under as d/b/as include: Veritus a Series of Embue LLC and Done For You By Just One Dime.

Prior to the hearing, Plaintiffs timely filed a Response opposing the Knieps' requested relief (the "Response" at ECF No. 97). The Court considered the pleadings, evidence, arguments of counsel, the relevant sections of the Bankruptcy Code, and Federal Rules of Bankruptcy Procedure 7021 and 7042. After reviewing the above, the Court finds that due to the nature of the claims asserted against the Knieps in the above captioned adversary proceeding, the severance of the Knieps from this adversary proceeding is in the interest of judicial economy and expedience, and is not prejudicial to any party. The Court further finds that severance will not result in delay, inconvenience, or added expense. It is therefore

**ORDERED** that, pursuant to Federal Rules of Bankruptcy Procedure 7021 and 7042, Defendants Travis Seth Kniep and Kimberly Kniep be severed from this adversary proceeding into a new separate adversary proceeding in Just One Dime Consulting, LLC's Chapter 7, Lead Case No. 22-10783, to be docketed by the clerk.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to adjudicate any and all disputes related to the implementation of this Order.

###