# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 22–10783–smr

Chapter No.: 7

IN RE: **Just One Dime Coaching, LLC** , Debtor(s)

Adversary Proceeding No.: 23–01036–smr

Judge: Shad Robinson

**Michael Oakes et al.**
Plaintiff

v.

**Danilo Varriale et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on   **2/5/26   at   01:30 PM**

Hearing to Consider and Act Upon the Following: (related document(s): 66 Motion to Dismiss Case Filed by Megan M. Adeyemo for Defendants AKH Investments, LLC, Apex PSW, LLC, BOH Solutions, LLC, E–Com Highway, LLP, Brett George, N2 Ecom, LLC. ) Hearing Scheduled For 2/5/2026 at 01:30 PM at Austin Courtroom 1 (Lopez, Jennifer)

Dated:  12/11/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]