# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 22−10783−smr

Chapter No.: 7

IN RE: **Just One Dime Coaching, LLC**, Debtor(s)

Adversary Proceeding No.: 23−01036−smr

Judge: Shad Robinson

**Michael Oakes et al.**
Plaintiff

v.

**Danilo Varriale et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on   **2/5/26   at   01:30 PM**

Hearing to Consider and Act Upon the Following: (related document(s): 66 Motion to Dismiss Case Filed by Megan M. Adeyemo for Defendants AKH Investments, LLC, Apex PSW, LLC, BOH Solutions, LLC, E−Com Highway, LLP, Brett George, N2 Ecom, LLC. ) Hearing Scheduled For 2/5/2026 at 01:30 PM at Austin Courtroom 1 (Lopez, Jennifer)

Dated: 12/11/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (AP)]** [NtchrgAPap]

United States Bankruptcy Court

Western District of Texas

Oakes,
    Plaintiff

Varriale,
    Defendant

Adv. Proc. No. 23-01036-smr

# CERTIFICATE OF NOTICE

District/off: 0542-1      User: admin      Page 1 of 6
Date Rcvd: Dec 11, 2025      Form ID: 137      Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | 324 Main Street Property, LLC, c/o Patrick Cupillari, 30 Mountain Ave., Apt. 9A, Paterson, NJ 07501-3387 |
| dft | + | Apex PSW, LLC, c/o Brett George, 3611 Blue Stem Dr., Tuttle, OK 73089-1057 |
| dft | + | Beardman Company Corp., c/o Mike's Tax and Accounting, 269 University Dr., Suite B, Pembroke Pines, FL 33024-6715 |
| dft | + | E-Com Highway, LLP, c/o Brett George, 4000 Chesterfield Place, Oklahoma City, OK 73179-6025 |
| pla | + | Minns Firm Clients, Rain Minns Law Firm, 4412 Spicewood Springs Rd., Suite 500, Austin, TX 78759-8583 US 78759-8583 |
| dft | + | Prophet Consultants, LLC, c/o Patrick Cupillari, 30 Mountain Ave., Apt. 9A, Paterson, NJ 07501-3387 |
| dft | + | Varbuck, LLC, c/o Republic Registered Agent, LLC, 1150 NW 72nd Ave., Tower 1, Suite 455, Miami, FL 33126-1936 |
| dft | + | VlegacIV, LLC, c/o Danilo Varriale, 19573 SW 42nd Ct., Miramar, FL 33029-2748 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | + Email/Text: rosherow@hotmail.com | Dec 11 2025 22:55:00 | Randolph N Osherow, 342 W Woodlawn, Suite 100, San Antonio, TX 78212-3314 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:

**Name**      **Email Address**

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 2 of 6 |
| Date Rcvd: Dec 11, 2025 | Form ID: 137 | Total Noticed: 9 |

Beverly Ann Bass
    on behalf of Interested Party Randolph N Osherow bbass@munsch.com amays@munsch.com

Carl R Dawson
    on behalf of Defendant Victoria Ecom LLC cdawson@rdlaw.com

Carl R Dawson
    on behalf of Defendant Victoria State LLC cdawson@rdlaw.com

Carl R Dawson
    on behalf of Defendant Varbuck LLC cdawson@rdlaw.com

Carl R Dawson
    on behalf of Defendant Dagabia Inc. cdawson@rdlaw.com

Carl R Dawson
    on behalf of Defendant Danmark Inc. cdawson@rdlaw.com

Carl R Dawson
    on behalf of Defendant Beardman Company Corp. cdawson@rdlaw.com

Carl R Dawson
    on behalf of Defendant VlegacIV LLC cdawson@rdlaw.com

Carl R Dawson
    on behalf of Defendant Apps Innovation Inc. cdawson@rdlaw.com

Carl R Dawson
    on behalf of Defendant Danilo Varriale cdawson@rdlaw.com

Carl R Dawson
    on behalf of Defendant Luxeup Inc. cdawson@rdlaw.com

Carl R Dawson
    on behalf of Defendant David Lopez cdawson@rdlaw.com

Carl R Dawson
    on behalf of Defendant Danvid fka Beardman Company Corp. cdawson@rdlaw.com

Carl R Dawson
    on behalf of Defendant DSD Imports Bros. LLC cdawson@rdlaw.com

Christopher L Halgren
    on behalf of Defendant Patrick Cupillari chalgren@mcginnislaw.com cosborn@mcginnislaw.com;mmendoza@mcginnislaw.com

Christopher L Halgren
    on behalf of Defendant 324 Main Street Property LLC chalgren@mcginnislaw.com, cosborn@mcginnislaw.com;mmendoza@mcginnislaw.com

Christopher L Halgren
    on behalf of Defendant Prophet Consultants LLC chalgren@mcginnislaw.com, cosborn@mcginnislaw.com;mmendoza@mcginnislaw.com

Christopher L Halgren
    on behalf of Defendant The Skunk Labs LLC chalgren@mcginnislaw.com, cosborn@mcginnislaw.com;mmendoza@mcginnislaw.com

Elias Yazbeck
    on behalf of Defendant 324 Main Street Property LLC elias@yazbecklaw.com, cosborn@mcginnislaw.com;rguzman@mcginnislaw.com

Elias Yazbeck
    on behalf of Defendant The Skunk Labs LLC elias@yazbecklaw.com, cosborn@mcginnislaw.com;rguzman@mcginnislaw.com

Elias Yazbeck
    on behalf of Defendant Prophet Consultants LLC elias@yazbecklaw.com, cosborn@mcginnislaw.com;rguzman@mcginnislaw.com

Elias Yazbeck
    on behalf of Defendant Patrick Cupillari elias@yazbecklaw.com cosborn@mcginnislaw.com;rguzman@mcginnislaw.com

Jay L. Lubetkin
    on behalf of Defendant 324 Main Street Property LLC jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com

Jay L. Lubetkin
    on behalf of Defendant Patrick Cupillari jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com

Jay L. Lubetkin
    on behalf of Defendant Prophet Consultants LLC jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com

Jay L. Lubetkin
    on behalf of Defendant The Skunk Labs LLC jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com

25-11915-cgb Doc# Filed 12/13/25 Entered 12/13/25 23:24:55 Imaged Certificate of Notice Pg 4 of 7

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 3 of 6 |
| Date Rcvd: Dec 11, 2025 | Form ID: 137 | Total Noticed: 9 |

| | |
|---|---|
| Jeffrey A. Cooper | on behalf of Defendant 324 Main Street Property LLC jcooper@rltlawfirm.com |
| Jeffrey A. Cooper | on behalf of Defendant Patrick Cupillari jcooper@rltlawfirm.com |
| Jeffrey A. Cooper | on behalf of Defendant Prophet Consultants LLC jcooper@rltlawfirm.com |
| Jeffrey A. Cooper | on behalf of Defendant The Skunk Labs LLC jcooper@rltlawfirm.com |
| Marcus V Eason | on behalf of Defendant Patrick Cupillari meason@mcginnislaw.com cosborn@mcginnislaw.com;rbrokaw@mcginnislaw.com |
| Marcus V Eason | on behalf of Defendant 324 Main Street Property LLC meason@mcginnislaw.com, cosborn@mcginnislaw.com;rbrokaw@mcginnislaw.com |
| Marcus V Eason | on behalf of Defendant Prophet Consultants LLC meason@mcginnislaw.com, cosborn@mcginnislaw.com;rbrokaw@mcginnislaw.com |
| Marcus V Eason | on behalf of Defendant The Skunk Labs LLC meason@mcginnislaw.com, cosborn@mcginnislaw.com;rbrokaw@mcginnislaw.com |
| Megan M. Adeyemo | on behalf of Defendant Brett George madeyemo@grsm.com asoto@grsm.com |
| Megan M. Adeyemo | on behalf of Defendant Apex PSW LLC madeyemo@grsm.com, asoto@grsm.com |
| Megan M. Adeyemo | on behalf of Defendant BOH Solutions LLC madeyemo@grsm.com, asoto@grsm.com |
| Megan M. Adeyemo | on behalf of Defendant N2 Ecom LLC madeyemo@grsm.com, asoto@grsm.com |
| Megan M. Adeyemo | on behalf of Defendant AKH Investments LLC madeyemo@grsm.com, asoto@grsm.com |
| Megan M. Adeyemo | on behalf of Defendant E-Com Highway LLP madeyemo@grsm.com, asoto@grsm.com |
| Michael V. Baumer | on behalf of Defendant Kimberly Kniep baumerlawnotices@gmail.com;LawOfficeofMichaelBaumer@jubileebk.net |
| Michael V. Baumer | on behalf of Defendant Audrey "Atalie" Kniep baumerlawnotices@gmail.com;LawOfficeofMichaelBaumer@jubileebk.net |
| Michael V. Baumer | on behalf of Defendant Travis Seth Kniep baumerlawnotices@gmail.com;LawOfficeofMichaelBaumer@jubileebk.net |
| Michael V. Baumer | on behalf of Defendant Josiah Kniep baumerlawnotices@gmail.com;LawOfficeofMichaelBaumer@jubileebk.net |
| Rain Levy Minns | on behalf of Plaintiff Zona Malik rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Kristi Amunson rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Tan Loi rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Benjamin Galan rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Mohammad Zaman rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Richard Mutendereki rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Loren Holzem rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Ted Lick rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Michael Herrigel rain@rainminnslaw.com |

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 4 of 6 |
| Date Rcvd: Dec 11, 2025 | Form ID: 137 | Total Noticed: 9 |

Rain Levy Minns
    on behalf of Plaintiff Nick Aalerud rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Noe Portilla Jr. rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Evan Thorson rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Infinity 3 LLC rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Andy Rendon rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Melvin Cosely rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Gokhan Basaran rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Maxine Morgan rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Sandra Donnelly rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Gary Martiner rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Asif Ansari rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Mattis Kovalenko rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Dan Madigan rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Ryan Cummings rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Aaron "Bob" Smith rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Sabrina Looper rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Quazi Haque rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Carlos Diaz rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Elizabeth Simpson rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff David Franco rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Anton Bonnici rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Scott Gibson rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Simon Au-Yeung rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Michael Oakes rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Jon Payumo rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Michael Battung rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Molly Claire rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Salman Baseer rain@rainminnslaw.com

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 5 of 6 |
| Date Rcvd: Dec 11, 2025 | Form ID: 137 | Total Noticed: 9 |

Rain Levy Minns
    on behalf of Plaintiff Rodalys Rivera-Martinez rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Ngoc Ta rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Jonathan Sharpe rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Catherine Yang rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Hermela Teshome rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Shmoon Asghar rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Veneta Glavcheva rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Diane Wu rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Alexander Appea rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Ian Kelley rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Paniq1 LLC rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Yvonne Appea rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Arshina Kidwai rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff John Fuller rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Angela Yanes Diez rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Justin Pilakka rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Darnell Gibbons rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Juan Jacome rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Minns Firm Clients rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Gilie Matsumoto rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Jose Mendez rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Justin VanOmmen rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Joe Rector rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff David Iremizi rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Sion Hughes rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Courtney VanOmmen rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Denise Subach rain@rainminnslaw.com

Rain Levy Minns
    on behalf of Plaintiff Michael Duran rain@rainminnslaw.com

25-11915-cgb Doc# Filed 12/13/25 Entered 12/13/25 23:24:55 Imaged Certificate of Notice Pg 7 of 7

| District/off: 0542-1 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Dec 11, 2025 | Form ID: 137 | Total Noticed: 9 |

| | |
|---|---|
| Rain Levy Minns | on behalf of Plaintiff Mark DeSanctis rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Claudio Maese rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Julius Wu rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Patrice Gray rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Doug Williams rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Steven Pirovolikos rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Shahnaz Habib rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Teresa McCumber rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff John White rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Luigi Fenzo rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Tiffany Knudsen rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Jomael Ortiz Perez rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Leann Truong rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Stacy Thorson rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Travis Krichman rain@rainminnslaw.com |
| Rain Levy Minns | on behalf of Plaintiff Hannah Rivard rain@rainminnslaw.com |
| Reese Emerson Wade | on behalf of Defendant E-Com Highway LLP rewade@grsm.com, kwest@grsm.com;VLS_DFWSupport@grsm.com |
| Reese Emerson Wade | on behalf of Defendant Brett George rewade@grsm.com kwest@grsm.com;VLS_DFWSupport@grsm.com |
| Reese Emerson Wade | on behalf of Defendant N2 Ecom LLC rewade@grsm.com, kwest@grsm.com;VLS_DFWSupport@grsm.com |
| Reese Emerson Wade | on behalf of Defendant AKH Investments LLC rewade@grsm.com, kwest@grsm.com;VLS_DFWSupport@grsm.com |
| Reese Emerson Wade | on behalf of Defendant BOH Solutions LLC rewade@grsm.com, kwest@grsm.com;VLS_DFWSupport@grsm.com |
| Reese Emerson Wade | on behalf of Defendant Apex PSW LLC rewade@grsm.com, kwest@grsm.com;VLS_DFWSupport@grsm.com |

TOTAL: 131